# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RAYMOND TREJO,

    Plaintiff,

v.                                                                  No. 2:19-cv-00561-GBW-KRS

DEMING PUBLIC SCHOOLS, *et al.*,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on August 22, 2019, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan (Doc. 27), and adopted it as set forth in the Court's Scheduling Order filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE