# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**RAYMOND TREJO,** §
    Plaintiff, §
§
**vs.** §    **CASE NO. 2:19-cv-00561-GBW-KRS**
§
**DEMING PUBLIC SCHOOLS, et al.,** §
    Defendants. §

## ORDER ON MOTION TO SUBSTITUTE COUNSEL

The Court has considered Movant Joshua C. Spencer's Motion to Substitute Counsel in which he asks the court to allow JAKUB F. SHERMAN's withdrawal and the substitution of Joshua C. Spencer as attorney of record in this case. The Court finds that good cause supports the motion and it should be granted.

**IT IS, THEREFORE, ORDERED** that JAKUB F. SHERMAN is discharged as attorney of record, and Joshua C. Spencer is substituted as attorney of record for RAYMOND TREJO.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE