UNITED STATES DISTRICT
DISTRICT OF NEW MEXICO

RAYMOND TREJO,

    Plaintiff,

v.                                        No. 2:19-cv-00561-WJ-KRS

THE DEMING PUBLIC SCHOOLS; THE
BOARD OF EDUCATION; DEMING PUBLIC
SCHOOLS BOARD MEMBERS: BAYNE
ANDERSON, MATT ROBINSON, RON
WOLFE, WILLIAM RUIZ AND SOPHIA
CRUZ; and DEMING PUBLIC SCHOOLS
SUPERINTENDENT ARSENIO ROMERO,

    Defendants.

## STIPULATED ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES

This matter came before the Court on Defendants' Unopposed Motion to Extend Discovery and Dispositive Motions Deadlines. The Court, having reviewed said motion, and, in particular, noting that the motion is unopposed, finds that it is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the discovery deadline and the dispositive motions deadline are hereby extended by sixty (60) days. The discovery deadline is now May 5, 2020, and the dispositive motion deadline is now July 3, 2020. All other deadlines shall remain in place.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE