IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAYMOND TREJO,

    Plaintiff,

v.

                          No. 2:19-cv-00561-WJ-KRS

DEMING PUBLIC SCHOOLS, *et al.*

    Defendants.

## ORDER DENYING MOTION TO EXTEND AS MOOT AND GRANTING SUBSEQUENT UNOPPOSED MOTION TO EXTEND

**THIS MATTER** comes before the Court on two motions by Plaintiff to extend certain pretrial deadlines. (Docs. 51 & 52). The first is opposed. Since the filing of that motion, however, the COVID-19 pandemic has intensified and resulted in Plaintiff moving to extend discovery a second time as well as the dispositive motion cutoff date. Defendants did not respond to the first motion and do not oppose the second. Having considered both submissions, the Court concludes Plaintiff's first motion is now moot in light of the second motion to extend; and the second motion to extend should be granted as unopposed.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend (Doc. 51) is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the second motion to extend (Doc. 52) is **GRANTED**. The discovery deadline is now **August 5, 2020**. The parties shall file dispositive motions on or before **October 2, 2020**.

                                                  _____
                                                  KEVIN R. SWEAZEA
                                                  UNITED STATES MAGISTRATE JUDGE