UNITED STATES DISTRICT
DISTRICT OF NEW MEXICO

**RAYMOND TREJO,**

       **Plaintiff,**

v.                                     No. 2:19-cv-00561-WJ-KRS

**THE DEMING PUBLIC SCHOOLS; THE
BOARD OF EDUCATION; DEMING PUBLIC
SCHOOLS BOARD MEMBERS: BAYNE
ANDERSON, MATT ROBINSON, RON
WOLFE, WILLIAM RUIZ AND SOPHIA
CRUZ; and DEMING PUBLIC SCHOOLS
SUPERINTENDENT ARSENIO ROMERO,**

       **Defendants.**

## STIPULATED ORDER EXTENDING DEADLINES FOR SUBMISSION OF THE PRE-TRIAL ORDER

This matter came before the Court on the parties' Joint Motion to Extend Deadlines for Submission of the Pre-Trial Order. The Court, having reviewed said motion, finds that it is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff is to submit the Pre-Trial Order to Defendants on or before October 26, 2020, and Defendants are to submit the Pre-Trial Order to the Court on or before November 1, 2020.

IT IS SO ORDERED.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

APPROVED:


**Electronically Approved on 05/20/20 /s/ Joshua C. Spencer**
Joshua C. Spencer
1009 Montana Ave.
El Paso, TX 79902
(915) 532-5562
*Attorney for Plaintiff*


ATWOOD, MALONE, TURNER & SABIN, P.A.


By **Electronically Submitted on 05/20/20 /s/ Bryan Evans**
    Bryan Evans
    Barbara Evans
    P.O. Drawer 700
    Roswell, NM 88202-0700
    (575) 622-6221
*Attorneys for Defendants*