UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**RAYMOND TREJO,**

    **Plaintiff,**

v.                                        No. 2:19-cv-00561-WJ-KRS

**THE DEMING PUBLIC SCHOOLS; THE BOARD OF EDUCATION; DEMING PUBLIC SCHOOLS BOARD MEMBERS: BAYNE ANDERSON, MATT ROBINSON, RON WOLFE, WILLIAM RUIZ AND SOPHIA CRUZ; and DEMING PUBLIC SCHOOLS SUPERINTENDENT ARSENIO ROMERO,**

    **Defendants.**

## STIPULATED ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

THIS MATTER came before the Court upon Defendants' Unopposed Motion for Extension of Time, up to and including December 7, 2020, in which to file their Reply in Support of Their Motion for Summary Judgment.  The Court, having reviewed said Motion and, in particular, having noted that Plaintiff does not oppose the Motion, hereby finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants shall have up to and including December 7, 2020, in which to file their Reply in Support of Their Motion for Summary Judgment.

IT IS SO ORDERED.

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

APPROVED:

**Electronically Approved on 11/19/20 /s/ Joshua C Spencer**
Joshua C. Spencer, Esquire
1009 Montana Ave.
El Paso, TX 79902
(915) 532-5562

LEAL-TREJO APC
    William J. Trejo
    3767 Worsham Ave.
    Long Beach, CA 90808
    (213) 628-0808

*Attorneys for Plaintiff*


ATWOOD, MALONE, TURNER & SABIN, P.A.


By  **Electronically Submitted on 11/19/20 /s/ Bryan Evans**
    Bryan Evans
    Barbara Evans
    P.O. Drawer 700
    Roswell, NM 88202-0700
    (575) 622-6221
*Attorneys for Defendants*