UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAYMOND TREJO,

    Plaintiff,

v.                                                No. 2:19-cv-00561-WJ-KRS

THE DEMING PUBLIC SCHOOLS; THE
BOARD OF EDUCATION; DEMING PUBLIC
SCHOOLS BOARD MEMBERS: BAYNE
ANDERSON, MATT ROBINSON, RON
WOLFE, WILLIAM RUIZ AND SOPHIA
CRUZ; and DEMING PUBLIC SCHOOLS
SUPERINTENDENT ARSENIO ROMERO,

    Defendants.

## **RULE 58 JUDGMENT**

THIS MATTER comes before the Court on Defendants' Motion for Summary Judgment in the above-captioned case. Pursuant to the Court's findings and conclusions set forth in the Memorandum Opinion and Order (Doc. 100) which accompanies this Rule 58 Judgment, the Court enters Judgment in favor of Defendants and against Plaintiff.

**IT IS THEREFORE ORDERED and ADJUDGED** that all claims in this action are hereby terminated either by this Court's dismissal or its grant of summary judgment, thus disposing of this case in its entirety.

**IT IS SO ORDERED.**

                                                      WILLIAM P. JOHNSON
                                                      CHIEF UNITED STATES DISTRICT JUDGE