UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**RAYMOND TREJO,**

    **Plaintiff,**

v.                                                                                    No. 2:19-cv-00561-WJ-KRS

**THE DEMING PUBLIC SCHOOLS; THE BOARD OF EDUCATION; DEMING PUBLIC SCHOOLS BOARD MEMBERS: BAYNE ANDERSON, MATT ROBINSON, RON WOLFE, WILLIAM RUIZ AND SOPHIA CRUZ; and DEMING PUBLIC SCHOOLS SUPERINTENDENT ARSENIO ROMERO,**

    **Defendants.**

### APPLICATION FOR WRIT OF EXECUTION

COME NOW Defendants, by and through their counsel of record, Atwood, Malone, Turner & Sabin, P.A. (by Bryan Evans and Barbara Evans) and, pursuant to Rule 69(a)(1) of the Federal Rules of Civil Procedure, hereby moves this Court for issuance of a Write of Execution in favor of Defendants and against Plaintiff, Raymond Trejo. As grounds therefor, Defendants state:

1.    The Court entered its Final Judgment in favor of Defendants in this action on April 6, 2021. [Doc. 101].

2.    On May 25, 2021, the Clerk of the Court entered its order settling costs in favor of Defendants, in the amount of $4,253.91. [Doc. 103].

3.    No payments have been received from Plaintiff since entry of Final Judgment.

WHEREFORE, Defendants respectfully request that this Court issue a Writ of Execution against Plaintiff and in favor of Defendants in the amount of $4,253.91.

Respectfully submitted,

ATWOOD, MALONE, TURNER & SABIN, P.A.

By  Electronically Filed on 08/11/21_____
      Bryan Evans
      Barbara Evans
      P.O. Drawer 700
      Roswell, NM 88202-0700
      (575) 622-6221
*Attorneys for Defendants*

I HEREBY CERTIFY that on August 11, 2021, I filed the foregoing instrument along with a proposed Writ of Execution electronically through the CM/ECF system, which caused all parties of record to be served by electronic means, as more fully reflected on the *Notice of Electronic Filing*. In addition, I served via mail, copies of the foregoing instrument, the proposed Writ of Execution, a Notice of Right to Claim Exemptions from Execution, and Claim of Exemptions on Execution Form to Plaintiff's counsel of record.

*Electronically Filed on 08/11/21*
Bryan Evans